UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRACY BURNINGHAM,

        Plaintiff,

   vs.

THE WINE GROUP, INC. HEALTH BENEFIT PLAN,

        Defendant.

Case No. 2:22-cv-00659-DJC-AC

ORDER RE: APPLICATION FOR EXTENSION OF BRIEFING SCHEDULE

GOOD CAUSE THEREFOR APPEARING, the briefing schedule in the above-entitled matter hereby is extended as follows:

Defendant shall file a certified copy of the administrative record on or before **September 9, 2024**;

Plaintiff's opening trial brief shall be filed on or before **September 30, 2024**;

Defendant's brief shall be filed on or before **November 14, 2024**; and

Plaintiff's reply brief shall be filed on or before **December 2, 2024**.

If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties will be notified accordingly.

**IT IS SO ORDERED.**

Dated:  June 28, 2024               /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE