UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BURNINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE WINE GROUP, INC. HEALTH BENEFIT PLAN,<br><br>　　　　Defendant. | Case No. 2:22-cv-00659-DJC-AC<br><br>ORDER RE: APPLICATION FOR EXTENSION OF BRIEFING SCHEDULE |

GOOD CAUSE THEREFOR APPEARING, the briefing schedule in the above-entitled matter hereby is extended as follows:

Defendant shall file a certified copy of the administrative record on or before **December 9, 2024**;

Plaintiff's opening trial brief shall be filed on or before **January 13, 2025**;

Defendant's opening trial brief and opposition shall be filed on or before **February 3, 2025**;

Plaintiff's reply brief shall be filed on or before **February 24, 2025**; and Defendant's reply brief shall be filed on or before **March 17, 2025**.

If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties will be notified accordingly.

**IT IS SO ORDERED.**

Dated:  October 2, 2024        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE