Donald P. Sullivan (State Bar No. 191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail:  Donald.Sullivan@jacksonlewis.com

Attorneys for Defendant
THE WINE GROUP, INC. HEALTH BENEFIT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BURNINGHAM,<br><br>       Plaintiff,<br><br>  vs.<br><br>THE WINE GROUP, INC. HEALTH BENEFIT PLAN,<br><br>       Defendant. | Case No. 2:22-cv-00659-DJC-AC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENT UNDER SEAL** |

1

**ORDER**

This Court, having read and considered Defendant The Wine Group, Inc. Health Benefit Plan's Unopposed Request to Seal Document, finding good cause, hereby rules as follows:

The Defendant's request is **GRANTED**, and the Administrative Record shall be filed under seal.

**IT IS SO ORDERED.**

Dated:  December 17, 2024                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE