UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY BURNINGHAM, | ) | Case No. 2:22-cv-00659-DJC-AC |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER RE: APPLICATION FOR |
| | ) | EXTENSION OF BRIEFING |
| THE WINE GROUP, INC. HEALTH | ) | SCHEDULE |
| BENEFIT PLAN, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

GOOD CAUSE THEREFOR APPEARING, the briefing schedule in the above-entitled matter hereby is partially extended as follows:

Plaintiff's opening trial brief shall be filed on or before **February 3, 2025**;

Defendant's opening trial brief and opposition shall be filed on or before **March 3, 2025**;

Plaintiff's reply brief shall be filed on or before **March 17, 2025**.

1  Order re: Briefing Schedule

If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties will be notified accordingly.

**IT IS SO ORDERED.**

Dated:  January 10, 2025        /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE