1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BURNINGHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE WINE GROUP, INC. HEALTH BENEFIT PLAN,<br><br>　　　　Defendant. | Case No. 2:22-cv-00659-DJC-AC<br><br>ORDER RE: APPLICATION FOR EXTENSION OF BRIEFING SCHEDULE |

GOOD CAUSE THEREFOR APPEARING, the briefing schedule in the above-entitled matter hereby is extended as follows:

Plaintiff's reply brief shall be filed on or before **March 28, 2025**; and

Defendant's reply brief shall be filed on or before **April 4, 2025**.

If the Court subsequently concludes that oral argument is necessary, a hearing will be set and the parties will be notified accordingly.

**IT IS SO ORDERED.**

Dated: March 28, 2025        /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE