Donald P. Sullivan (State Bar No.191080)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Donald.Sullivan@JacksonLewis.com

Attorneys for Defendant
THE WINE GROUP, INC. HEALTH BENEFIT PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BURNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>THE WINE GROUP, INC. HEALTH BENEFIT PLAN,<br><br>Defendant. | Case No. 2:22-cv-00659-DJC AC<br><br>**STIPULATED APPLICATION OF DEFENDANT TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ITS TRIAL BRIEF BY SEVEN DAYS; ORDER**<br><br>**Civil L.R. 144** |

Defendant The Wine Group, Inc. Health Benefit Plan ("Defendant") hereby respectfully requests and applies to this Court pursuant to Civil Local Rule 144 for an Order extending its time to file its Reply in support of its Trial Brief (ECF No. 30) by seven (7) days, including and up to April 11, 2025. Currently, Defendant's Reply is due to be filed on Friday, April 4, 2025. This Request is stipulated.

Good cause exists for granting this extension of time due to unanticipated commitments in other cases. *See* Declaration of Sung Cheol Sam Park ("Park Decl."), ¶ 2. Counsel for Defendant recently prevailed on a dispositive motion in a class action lawsuit in the Northern District of Illinois (Case No. 1:23-cv-15197). As a result of the ruling, Defendant must prepare Motion for Attorney's Fees with all supporting documentation this week, as well as an Opposition to opposing party's anticipated Motion for Reconsideration. During the same time, Defendant's counsel was required to prepare and file a large administrative record in an ERISA action pending in the Eastern

District of Wisconsin (Case No. 2:24-cv-01228-BHL).  For these reasons, Defendant respectfully requests what will be the last extension in this case—an additional seven days to prepare its Reply.  This would extend the current deadline to file Defendant's Reply from April 4, 2025, to April 11, 2025.

The parties have previously sought and obtained two extensions of the briefing schedule due to difficulty in securing the administrative record from the third-party administrator.  *See* ECF Nos. 15 and 18.  Plaintiff also sought and obtained an extension of the time to file her Trial Brief on the basis of difficulty in securing documentation from the same third-party administrator related to subsequent admissions.  *See* ECF No. 22.  Defendant then sought and obtained a seven-day extension to file its trial brief and opposition, premised on an internal calendaring error.  *See* ECF No. 25.  Most recently, Plaintiff sought a four-day extension premised on press of other business necessitating extension.  *See* ECF No. 28.

Neither party will be prejudiced by the proposed extension, and Plaintiff's counsel does not oppose this Request.  Similarly, it will not require the resetting of any dates on the Court's calendar because oral argument on Plaintiff's Trial Brief has not been set and will not be set until such time that the Court determines that oral argument is necessary.  *See* ECF No. 30.

**IT IS SO STIPULATED.**

Dated: April 3, 2025                JACKSON LEWIS P.C.

                                    By: /S/ Donald P. Sullivan
                                    Donald P. Sullivan, Esq.
                                    *Attorney for Defendant*


Dated: April 3, 2025                LAW OFFICE OF ROBERT F. KEEHN

                                    By: /S/ Robert F. Keehn
                                    Robert F. Keehn, Esq.
                                    (as authorized on April 2, 2025)
                                    *Attorney for Plaintiff*

## ORDER

Pursuant to the Unopposed Application of Defendant to Extend Time to File Reply in support of its Trial Brief by Seven Days, and for good cause shown, the Court grants the Request an Orders as follows:

1. The time for Defendant to file its Reply in support of its Trial Brief shall be extended by seven (7) days to Friday, April 11, 2025.

**IT IS SO ORDERED:**

Dated:  April 7, 2025                                             /s/ Daniel J. Calabretta
                                                                             THE HONORABLE DANIEL J. CALABRETTA
                                                                             UNITED STATES DISTRICT JUDGE